IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUBERT JACKSON, )<br>      Petitioner, )<br>)<br>vs. )<br>)<br>WARDEN DONALD T. VAUGHN, et al., )<br>      Respondents. ) | Civil Action No. 99-1793 |

O R D E R

AND NOW, this 3rd day of June, 2024, upon consideration of: (1) petitioner's Motion for Relief from Judgment Pursuant to Fed.R.Civ.P. Rule 60(b)(4) (ECF No. 42), which appears to be his sixth Rule 60(b) motion filed in this case; (2) the magistrate judge's report and recommendation that the motion be denied (ECF No. 43), which the court has reviewed *de novo*; (3) petitioner's objections (ECF No. 44); and (4) the Court having notified the petitioner on September 22, 2014 with respect to his third such motion that filing repetitious Rule 60(b) motions which reargue prior motions will result in the those motions being summarily denied (ECF No. 30);

IT IS HEREBY ORDERED that petitioner's sixth Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(4) (ECF No. 42) is DENIED.  The magistrate judge's report and recommendation is adopted as the opinion of the court.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge

cc:    Hubert Jackson
        AJ-2373
        SCI Somerset
        1600 Walters Mill Road
        Somerset, PA 15510